### PURDY *vs.* WARDELL & M'COUN.

If a defendant is out-numberd in witnesses on a motion to change the venue,
he cannot *renew* his motion by alleging a greater number of witnesses than
originally stated by him ; if he does, he will be subjected to costs.

At a term previous to the present the defendants asked to *change the venue* in this cause, on the ground of having *seven* witnesses in the county to which they wished to change the venue. The plaintiff swore that he had a greater number of witnesses residing in the county where the venue was laid, and the motion was of course denied. The defendants now renewed their motion, stating that they had *fifteen* witnesses in the county to which they wished to change the venue. The motion was denied, with costs.